IN THE COUNTY COURT IN AND FOR PINELLAS COUNTY, FLORIDA

JH PORTFOLIO DEBT EQUITIES LLC
Assignee of Capital One Bank (USA), N.A.
    Plaintiff,

vs.                                  Case No.     14-010167-CO

LISA JENSEN                      Our File:     1951152
    Defendant.

## ADMISSION OF SERVICE

The Defendant, by her attorney, hereby admits service of the Amended Summons and Complaint in the above-captioned action. * Received on 1/2/15

Dated this 17TH day of January, 2015

By: _G. Tylor Bannon, Esq._

Mailing Address:
ATTORNEY TYLOR BANNON
3900 FIRST ST NORTH SUITE 100
ST PETERSBURG FL 33703
TBANNON@LEAVENLAW.COM

1
**This is an attempt to collect a debt and any information obtained will be used for that purpose.**

EXHIBIT D